**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MADALINE ANN JAMES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW M. SAUL,[1] Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. SACV 18-2015 SS<br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: June 28, 2019

　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　SUZANNE H. SEGAL
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew M. Saul, Commissioner of Social Security, is substituted for his predecessor Nancy A. Berryhill, whom Plaintiff named in the Complaint. See 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).